UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE VERA DIAZ, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>AMCOR FLEXIBLES, LLC, a Washington Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. CV 20-930-GW-SKx<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41**<br><br>FAC Filed: December 10, 2019<br>Complaint Filed: October 18, 2019<br>Trial Date: January 26, 2021<br>District Judge: Hon. George H. Wu<br>Magistrate Judge: Hon. Steve Kim |

1    Case No. 2:20-cv-00930-GW-SK

[PROPOSED] ORDER GRANTING PARTIES' JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

1   Based on the stipulation of the parties, IT IS HEREBY ORDERED that plaintiff
2   Jorge Vera Diaz's entire action as against all parties is hereby dismissed with prejudice,
3   pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and Rule 41(a)(1)(B)
4   and that each party shall bear its own costs and fees.

6   IT IS SO ORDERED.

8   Dated:  October 6, 2020

                                          Hon. George H. Wu
                                          U.S. DISTRICT JUDGE

**AKERMAN LLP**
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342